UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DRAKE A. EDWARDS

           Case No. 3:14-cv-374

  Plaintiff,

           Judge Thomas M. Rose
-v-           Magistrate Judge Michael R. Merz

DAYTON VETERANS MEDICAL CENTER,

  Defendant.

___

**ENTRY AND ORDER OVERRULING EDWARDS' OBJECTIONS (Doc. #10) TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. # 9); ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS IN ITS ENTIRETY; AND DISMISSING EDWARDS' COMPLAINT WITHOUT PREJUDICE**

___

This matter comes before the Court pursuant to pro se Plaintiff Drake A. Edwards' ("Edwards'") Objections (doc. #10) to Magistrate Judge Michael R. Merz's Report and Recommendations (doc. #9) regarding proper service of Edwards' Complaint. Magistrate Judge Merz's Report and Recommendations recommends that Edwards' Complaint be dismissed without prejudice.

As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that Edwards' Objections to the Magistrate Judge's Report and Recommendations are not well-taken, and they are hereby OVERRULED. The Magistrate Judge's Report and Recommendations is adopted in its entirety. Edwards' Complaint is dismissed without prejudice.

**DONE** and **ORDERED** in Dayton, Ohio, this Twenty-Fifth Day of March, 2015.

                                                **s/Thomas M. Rose**

                                      _____
                                                      THOMAS M. ROSE
                                      UNITED STATED DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Drake A. Edwards at his last address of record